*Brenda Moody*

**Brenda Moody Whinery, Chief Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Proceedings in Chapter 13 |
| **KRIS R. LINDLEY AND TIFFANY M. LINDLEY,** | **No. 2:19-bk-15167-BMW** |
| Debtors. | |
| **REGIONAL ACCEPTANCE CORPORATION,** | ORDER TERMINATING THE AUTOMATIC STAY |
| Movant, | Property: 2017 Chevrolet Cruze |
| vs. | |
| **KRIS R. LINDLEY AND TIFFANY M. LINDLEY**, Debtors, and **EDWARD J. MANEY**, Trustee, | |
| Respondents. | |

Movant, REGIONAL ACCEPTANCE CORPORATION, having appeared by and

through its counsel, Patricia Doyle-Kossick, P.L.C., and having filed a Motion Seeking

Termination of the Automatic Stay and a Notice of Filing Motion for Termination of the

Automatic Stay and Requirement to File Response, said Motion and Notice having been filed

and served to the parties in interest on January 9, 2020; the Debtors, KRIS R. LINDLEY AND

TIFFANY M. LINDLEY, and the trustee, EDWARD J. MANEY, having failed to file an

objection to the Motion or the proposed form of Order; the Court having considered the

allegations contained in the Motion, and good cause appearing therefor, it is

ORDERED, ADJUDGED AND DECREED that the Automatic Stay Against Lien Enforcement in effect with regard to the property described as:

2017 Chevrolet Cruze, VIN 3G1BC5SMXHS563325

is terminated as to REGIONAL ACCEPTANCE CORPORATION, and Movant may proceed with all rights and remedies against the property pursuant to non-bankruptcy law.

IT IS FURTHER ORDERED that due to the Debtors' surrender of their interest in the property, the 14-day period of Bankruptcy Rule 4001(a)(3) is hereby waived and Movant may execute on this order upon its entry.

**ORDER SIGNED AND DATED ABOVE**